**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SONGMIN BAE,

                   Petitioner,

      v.

KRISTI NOEM; THOMAS GILES; JAMES PILKINGTON; and WARDEN GEO GROUP,

                   Respondents.

Case No. 5:26-cv-00941-SPG-MAR

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. *See* (ECF No. 11 ("Report"). Respondents Kristi Noem, Thomas Giles, James Pilkington, and Warden GEO Group ("Respondents") have filed Notice that they do not object to the Report. *See* (ECF No. 12 ("Notice of Non-Opposition")). Petitioner Songmin Bae ("Petitioner") also has not filed an objection to the Report. The Court therefore accepts the findings and recommendation of the Magistrate Judge and ORDERS as follows:

     1.    Respondents shall provide Petitioner with a bond hearing no later than fourteen (14) days from the date of this Order, at which the government shall bear the burden to justify, by clear and convincing evidence, Petitioner's continued detention during the pendency of his claim for asylum.

-1-

2.    Respondents are ordered to file a notice of compliance within fifteen (15) days from the date of this order, notifying the Court of their compliance with this Order.

**IT IS SO ORDERED.**

DATED:  March 27, 2026



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE