JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SONGMIN BAE,

                  Petitioner,

           v.

KRISTI NOEM ET AL,

                  Respondent.

Case No. 5:26-cv-00941-SPG (MAR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ordered to provide Petitioner with a bond hearing no later than fourteen days from the entry date of this Order at which the government bears the burden to justify, by clear and convincing evidence, Petitioner's continued detention while his asylum claim proceeds and Respondents are ordered to file a notice of compliance advising how they complied with the District Court's Order within fifteen days.

Dated: March 27, 2026

_____

HONORABLE SHERILYN PEACE GARNETT
United States District Judge